THE STATE OF NEW HAMPSHIRE
UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | * Case No. 1:25-CR-00050-SM-TSM |
| XIAO YU | * |
| Defendant. | * |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Paul J. Garrity and hereby moves this Court to allow him to withdraw from further representation of Xiao Yu in the above-entitled matter.

In support of this Motion, Attorney Garrity states as follows:

1. Attorney Garrity was previously appointed as CJA counsel for Mr. Yu's case in this Court.

2. Mr. Yu has retained the legal services of Attorney Kurt Olson. Attorney Olson has filed his appearance in this case on September 14, 2025.

WHEREFORE, Attorney Garrity respectfully requests that this Court grant this Motion and allow him to withdraw from further representation of Xiao Yu regarding the above-entitled matter.

Respectfully submitted,
Paul Garrity,
Attorney for Xiao Yu,

Date: September 22, 2025

/s/    Paul J. Garrity
Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

    I, Paul J. Garrity, hereby certify that on this 22nd day of September, 2025, a copy of this within Motion was e-filed for all parties involved.

Date: September 22, 2025                                     /s/     Paul J. Garrity
                                                                                     Paul J. Garrity