UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| | ) Case No. 1:25-CR-00050-SM-TSM |
| v. | ) |
| | ) |
| Ferro, et al., | ) |
| | ) |
| Defendants | ) |

**Addendum to Assented-to Motion to
Continue Trial Filed by Defendant Xiao Yu**

Defendant, Xiao Yu, through counsel, respectfully submits this Addendum to the Assented-to Motion to Continue Trial filed on October 27th, 2025. Through inadvertence, counsel neglected to obtain the assent of the co-defendants to Defendant Yu's motion to continue. Therefore, counsel has reached out to counsel for co-defendants today with the following results:

(1) Patrick J. Richard, counsel for Richard Ferro, assents to the motion to continue.

(2) Dorothy E. Graham, counsel for Zaire Braddock: "No objection, so we assent to your continuance."

(3) Richard F. Monteith Jr., counsel for Nasaiah Johnson, assents to the motion to continue.

(4) No counsel has appeared for Marco Marquez Vera according to the Criminal Docket.

Additionally, counsel respectfully requests that the Court set the matter for trial during the April 21st, 2026 trial period.

**WHEREFORE,** Defendant, Xiao Yu, respectfully requests that the Court grant this motion to continue the trial until the court's trial period beginning on April 21st, 2026.

                                      Respectfully submitted,

                                      Defendant, Xiao Yu,
by his attorney,

November 3, 2025                     /s/ Kurt S. Olson
Kurt S. Olson
NH Bar ID: 12518
Goulden Law Offices, PLLC
486 Union Ave.
Laconia, NH 03246
T: 603-748-1960
F: 978 681-6330

## PROOF OF SERVICE

I hereby certify that I served a copy of this Addendum to Motion to Continue by CM/ECF on this 3rd of November 2025 on all counsel or parties of record.

                                      By: /s/ Kurt S. Olson
                                          Kurt S. Olson